**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LEE DIXON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Ironwood State Prison,<br><br>Respondent. | Case No. EDCV 21-01568 ODW (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on January 27, 2022, to which Petitioner has objected. The Court is not persuaded by Petitioner's objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: February 15, 2022

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE