# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE DIXON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Ironwood State Prison,<br><br>Respondent. | Case No. EDCV 21-01568 ODW (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: February 15, 2022

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE